Ian S. Landsberg, Esq. (SBN 137431)
Summer Saad, Esq. (SBN 250337)
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**
5950 Canoga Avenue, Suite 605
Woodland Hills, California 91367
Telephone: (818) 855-5900
Facsimile: (818) 855-5910
Email: ilandsberg@landsberg-law.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 15 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** remy    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ALLANA BARONI,<br><br>     Debtor and Debtor in Possession. | Case No. 1:12-bk-10986-AA<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION**<br><br>**Hearing:**<br>Date:  April 3, 2013<br>Time:  10:00 a.m.<br>Place: Courtroom "303"<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA. 91367 |

The hearing on confirmation of the Second Amended Plan of Reorganization of Allana Baroni, filed on March 20, 2013[Docket No. 376] (the "Plan") by Debtor and debtor in possession, Allana Baroni ("Debtor"), came on for hearing on April 3, 2013, before the Honorable Alan M. Ahart, United States Bankruptcy Judge, presiding. Appearances are as noted in the official transcript of the Court.

Case No. 1:12-bk-10986-AA

The Court having received, reviewed and considered the Plan, the evidence submitted in support of the plan, all filed objections to confirmation of the Plan, having heard and considered the statements of counsel, and being fully advised,

**IT IS HEREBY ORDERED THAT**:

1. The form and manner of notice of the hearing on confirmation of the Plan and service of the Disclosure Statement/Plan are hereby approved as constituting appropriate notice in accordance with 11 U.S.C. §§102 and 1125 Rules 2002, 3017 and 3018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9013-1;

2. The Plan is incorporated herein by reference and is hereby confirmed and approved by this Court;

3. All capitalized terms used herein have the same definition given them in the Plan;

4. ~~The Debtor is authorized to perform all acts, execute and deliver all documents, pleadings and other instruments of any kind necessary or appropriate to carry out the provisions of the Plan and/or this Order;~~

5. ~~Upon entry of this Order, all property of the estate shall vest in Debtor;~~

6. ~~Unless the Debtor is not entitled to receive a discharge pursuant to 11 U.S.C.A. 1141(d)(3), Debtor will be entitled to a discharge upon completion of all payments under the Plan, and may obtain a discharge upon specific order of the Court;~~

7. ~~At any time after the confirmation of the Plan, and after notice and a hearing, the Court may grant a discharge to Debtor if she has not completed payments under the Plan if – (i) the value, as of the Effective Date of the Plan, of property actually distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of the debtor had been liquidated under Chapter 7 on such date; and (ii) modification of the Plan under section 1127 is not practicable, unless the Court finds that there is no reasonable 522(q)(1)(A) or liable for a debt of the kind described in section 522(q)(1)(B). *See* 11 U.S.C.A. § 522(q)(1)(A)-(B);~~

8. ~~The cause to believe that – (i) section 522(q)(1) may be applicable to the Debtor; and (ii) there is pending any proceeding in which the Debtor may be found guilty of a felony of the kind described in section automatic stay is lifted upon confirmation as to property of the estate. However, the stay continues to prohibit collection or enforcement of pre-petition claims against the Debtor or the Debtor's property until the date the Debtor receives a discharge, if any;~~

9. Except for as specified in the Plan, and except for any executory contracts and unexpired leases which may have been assumed in writing by Debtor prior to the Effective Date any and all executory contracts and unexpired leases which were, or which are, claimed to be, or have been in existence at any time during the course of this proceeding or before this proceeding was filed, are deemed rejected on the Effective Date;

10. The Reorganized Debtor, as the Disbursing Agent(s), shall distribute all property to be distributed pursuant to the terms of the Plan.  The Disbursing Agent(s) may employ or contract with other entities to assist in, or to perform, the distribution of said property as provided for in the Plan;

11. Pursuant to Local Bankruptcy Rule 3020-1, within 120 days of the entry of this confirmation Order, the Disbursing Agent shall file a status report explaining what progress has been made toward consummation of the confirmed Plan.  The initial report shall be served on the United States Trustee, the twenty largest unsecured creditors, and those parties who have requested special notice.  Further reports shall be filed every 180 days thereafter and served on the same entities, unless otherwise ordered by the court. A post-confirmation status conference shall be held on September 18, 2013 at 10:00 a.m. in Courtroom 303.

~~12. If the final decree has been entered before the status conference, the Post-Confirmation Status Conference will be vacated;~~

3    Case No.  1:12-bk-10986-AA
CONFIRMATION ORDER

1  ~~13. Once the Plan has been consummated, a final decree may be entered upon motion of~~
2  ~~the Proponent. The effect of the final decree is to close the bankruptcy case. After such closure, a~~
3  ~~party seeking any type of relief relating to a Plan provision can seek such relief in a state court of~~
4  ~~general jurisdiction.~~

# # #

Date: April 15, 2013

_____
Alan M. Ahart
United States Bankruptcy Judge

**NOTICE OF ENTERED ORDER**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: *5950 Canoga Avenue, Suite 605, Woodland Hills, California 91367.*

A true and correct copy of the foregoing document described as **"ORDER CONFIRMING DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 5, 2013, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- *Adam N Barasch    anb@severson.com*
- *Linda M Blank    linda@lmblank.com*
- *Mark Domeyer    mdomeyer@mileslegal.com*
- *Daniel K Fujimoto    wdk@wolffirm.com*
- *Barry S Glaser    bglaser@swjlaw.com*
- *Andrew A Goodman    agoodman@greenbass.com*
- *Lewis R Landau    LLandau@HorganRosen.com*
- *Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com;dzuniga@landsberg-law.com*
- *Ali Matin    amatin@bmkattorneys.com*
- *Robert Reganyan    reganyanlawfirm@gmail.com*
- *J Alexandra Rhim    arhim@dykema.com, CPerez@dykema.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Stefanie A Schiff    stefanie.schiff@akerman.com, helen.serrano@akerman.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Kristin S Webb    bknotice@rcolegal.com*
- *Edward T Weber    bknotice@rcolegal.com*

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es)

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *April 15, 2013* | *Diana Zuniga* | */s/ Diana Zuniga* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| 1 | **SERVICE LIST** |

**Served Via U.S. Mail:**

Attorney for OneWest Bank, FSB
**DYKEMA GOSSETT, LLP**
333 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071

Attorney for OneWest Bank, FSB
William B. Finkelstein
Jeffrey R. Fine
**DYKEMA GOSSETT, PLLC**
1717 Main Street, Suite 4000
Dallas, TX. 75201

Attorney:
Michael S. Riley
242 Algiers Avenue
Fort Lauderdale, FL 33308

Linda M. Blank, Esq.
**LAW OFFICES OF LINDA BLANK**
1925 Century Park East, Suite 2000
Los Angeles, CA 90067

Allana Ann Baroni
3339 Via Verde Court
Calabasas, CA 91302

Andrew A. Goodman, Esq.
**GREENBERG & BASS**
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436

Attorney for Nationstar Mortgage LLC
Severson & Werson P.C.
One Embarcadero Center 26th Fl.
San Francisco, CA. 94111

Attorneys for The Bank of New York Mellon
Akerman Senterfitt LLP
Stefanie A. Schiff
725 S. Figueroa St. 38th Floor
Los Angeles, CA. 90017

Attorney for Secured Creditor
Los Angeles County Treasurer and Tax Collector
Barry S. Glaser
Steckbauer Weinhart, LLP
333 S Hope Street, 36th Floor
Los Angeles, CA. 90071

Ambac Assurance Corporation
Ambac Financial Group, Inc.
One State Street Plaza
New York, NY 10004

American Express
P.O. Box 0001
Los Angeles, CA 90096

American Water
c/o Client Services, Inc.
3451 Harry S. Truman Boulevard
Saint Charles, MO 6331-4047

American Express Centurion Bank
c/o **BECKET AND LEE LLP**
P.O. Box 3001
Malvern, PA 19355-0701

Aurora Loan Services
P.O. Box 1706
Scottsbluff, NE 69363

Aurora MSF Lehman
SARM 2005-17
10350 Park Meadow Drive
Lone Tree, CO 80124

Audi Financial
P.O. Box 3
Hillsboro, OR 97123

BAC Home Loans Servicing, LP
100 N. Tyron Street
Charlotte, NC 28255

| | | |
|---|---|---|
| 1 | BAC Home Loas Servicing, LP | |
| 2 | TX-2-977-01-03 | Deutsche Bank |
|   | P.O. Box 961206 | 60 Wall Street |
| 3 | Fort Worth, TX 76161-0206 | New York, NY.1005-2858 |
| 4 | Bank of America | EMC Mortgage |
|   | P.O. Box 982235 | EMC Mortgage Corporation |
| 5 | El Paso, TX 79998 | 2780 Lake Vista Drive |
|   |   | Lewisville, TX 75067-3884 |
| 6 | Bank of America | |
| 7 | 100 N. Tyron Street | EMC Mortgage Corporation |
|   | Charlotte, NC 28255 | 2780 Lake Vista Drive |
| 8 |   | Lewisville, TX 75067 |
| 9 | Bank of America, N.A. | |
|   | P.O. Box 660933 | Federal Deposit Insurance Corp. |
| 10 | Dallas, TX 75266-0933 | 1601 Bryan Street, Suite 1700 |
|   |   | Dallas, TX 75201 |
| 11 | Bank of America, N.A. | |
|   | 400 National Way | Financial Security Assurance, Inc. |
| 12 | Simi Valley, CA 93065 | as Assured Guarantee Company |
|   |   | 31 West 52nd Street |
| 13 | Capital One | New York, NY 10019 |
| 14 | Capital One Bank | |
|   | P.O. Box 4199 | First Federal Bank of California |
| 15 | Houston, TX 77210-4199 | 401 Wilshire Boulevard |
|   |   | Santa Monica, CA 90401 |
| 16 | Christiana Bank and Trust Company | |
| 17 | c/o WSFS Bank | FIA Card Services, N.A. |
|   | 500 Delaware Avenue | P.O. Box 15102 |
| 18 | Wilmington, DE 19801 | Wilmington, DE 19886-5102 |
| 19 | Condos at the District HOA | George Sidman and Kathleen Carr |
|   | c/o Nevada Association Services | 3385 Rio Road |
| 20 | 6224 W. Desert Inn Road, Suite S | Carmel by the Sea, CA 93921 |
| 21 | Las Vegas, NV 89146 | |
|   |   | Green Point Mortgage Funding, Inc. |
| 22 | Countrywide Home Loans, Inc. | 100 West Hollow Drive |
|   | 400 Countrywide Way SV-35 | Novato, CA 94945 |
| 23 | Simi Valley, CA 93065 | |
|   |   | Green Tree Servicing LLC |
| 24 | CWHEQ, Inc. | P.O. Box 94710 |
| 25 | 4500 Park Granada | Palatine, IL 60094-4710 |
|   | Calabasas, CA 91302 | |
| 26 |   | Green Tree Servicing LLC |
|   | Deutsche Bank | 7360 S. Kyrene Road, T-120 |
| 27 | 1761 East St. Andrews Place | Tempe, AZ 85283-8432 |
|   | Santa Ana, CA 92705 | |
| 28 | | |

| | |
|---|---|
| Green Tree Servicing, LLC<br>P.O. Box 6172<br>Rapid City, SD 57709 | MMA Realty Capital "MRC"<br>621 E. Pratt Street, Suite 600<br>Baltimore, MD 21223 |
| Green Tree Servicing, LLC<br>Bankruptcy Departmnet<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Meridian Foreclosure Service<br>3 San Joacuin Plaza, Suite 215<br>Newport Beach, CA 92660-5943 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Meridian Foreclosure Service<br>8485 W. Sunset Road, Suite 205<br>Las Vegas, NV 89113-2249 |
| Jack Kasarjian and Karlene Kelly<br>5390 Plata Rosa Center<br>Camarillo, CA 93012 | Nationstar Mortgage, LLC<br>P.O. Box 299008<br>Lewisville, TX 75029-9008 |
| James Baroni<br>3339 Via Verde Court<br>Calabasas, CA 91302 | Nationstar Mortgage, LLC<br>Bankruptcy Department<br>350 Highland Drive<br>Lewisville, TX 75067 |
| JP Morgan Chase as Trustee for CWHEQ<br>Revolving Home Equity Loan Asset Backed<br>Notes/Series 2005-D<br>270 Park Avenue<br>New York, NY 10017 | Nevada Associates Service, Inc.<br>6224 W. Desert Inn Road<br>Las Vegas, NV 89146-6612 |
| JP Morgan Chase Bank, Houston, TX as<br>Trustee for Unidentified Trust<br>600 Travis Street<br>Houston, TX 77002 | OneWest Bank FSB<br>P.O. Box 66935<br>Los Angeles, CA 90066-0931 |
| | OneWest Bank FSB<br>P.O. Box 7056<br>Pasadena, CA 91109-7056 |
| JP Morgan Chase Bank as Trustee<br>270 Park Avenue<br>New York, NY 10017 | OneWest Bank FSB<br>888 E. Walnut Street<br>Pasadena, CA 91101-1802 |
| LaSalle Bank National Association, as<br>Trustee for Washington Mutual Pass-Through<br>Certificates WMALT Series 2007-5<br>135 LaSalle Street<br>Chicago, IL 60603 | OneWest Bank FSB<br>P.O. Box 829009<br>Dallas, TX 75381-9009 |
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas<br>New York, NY. 10020-1304 | OneWest Bank FSB<br>c/o Meridian Foreclosure Service<br>8485 W. Sunset Road, Suite 205<br>Las Vegas, NV 89113-2249 |

3    Case No. 1:12-bk-10986-AA
CONFIRMATION ORDER

| | |
|---|---|
| Platinum Capital Group<br>1919 Santa Monica Boulevard<br>Santa Monica, CA 90404 | Ventura County Tax Collector<br>800 South Victoria Avenue<br>Ventura, CA 93009 |
| Structured Asset Mortgage Investment II, Inc.<br>383 Madison Avenue<br>New York, NY 10179 | Wells Fargo Bank NA as Trustee for SAM II 2006-AR6<br>9062 Old Annapolis Road<br>Columbia, MD 21045-1951 |
| Structured Asset Securities Corporation<br>745 Seventh Avenue, 7th Floor<br>New York, NY 10020 | Wells Fargo Bank N.A. as Trustee for BSALTA 2004-13 (GPM A31)<br>9062 Old Annapolis Road<br>Columbia, MD 21045-1951 |
| Tex Brooks<br>2240 Village Walk Drive, Bldg. 2311<br>Henerson, NV 89052 | Wells Fargo Bank NA as Strustee for SARM 2004-5<br>9062 Old Annapolis Road<br>Columbia, MD 21045-1951 |
| The Bank of New York Mellon as Successor to JP Morgan Chase Bank NA as Trustee for the Certificate of Holders for the Structured<br>The One Wall Street<br>New York, NY 10286 | Wells Fargo Bank NA as Trustee SARM 2005-17<br>9062 Old Annapolis Road<br>Columbia, MD 21045-1951 |
| The Bank of New York Mellon FKA The Bank of New York<br>400 National Way<br>Simi Valley, CA 93065 | US Bank as Trustee for DSLA Mortgage Loan Trust 2004-AR1<br>60 Livingston Avenue<br>Saint Paul, MN 55107-2292 |
| The District at Green Valley Ranch<br>9500 W. Flamingo Road, Suite 100<br>Las Vegas, NV 89417 | Wells Fargo Bank NA as Trustee for SARM 2004-5<br>9062 Old Annapolis Road<br>Columbia, MD 21045-1951 |
| Twickenham Capital Corporation, LLC<br>c/o Lord Securitie Corporation<br>48 Wall Street, 25th Floor<br>New York, NY 10005 | Wells Fargo Bank NA as Trustee for SAMI II 2006 AR6<br>9062 Old Annapolis Road<br>Columbia, MD 21045-1951 |
| US Bank as Successor to Bank of America N.A. as Successor to La Salle Bank N.A. as Trustee for Washington Mutual Mortgage<br>60 Livingston Avenue<br>Saint Paul, MN 55107-2292 | Wells Fargo Bank NA as Trustee for SARM 2005-17<br>9062 Old Annapolis Road<br>Columbia, MD 21045-1951 |
| US Bank as Trustee for DSLA Mortgage Loan Trust 2004-AR1<br>60 Livingston Avenue<br>Saint Paul, MN 55107-2292 | Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 |

1  Employment Development Department
2  Bankruptcy Group MIC 92E
   P.O. Box 826880
3  Sacramento, CA 94280-0001

4  L.A. County Tax Collector
   Bankruptcy Unit
5  P.O. Box 54110
   Los Angeles, CA 90054-0110
6

7

   Franchise Tax Board
8  Bankruptcy Section MS: A340
   P.O. Box 2952
9  Sacramento, CA 95812-2952

10
   Securities & Exchange Commission
11 5670 Wilshire Boulevard, 11th Floor
   Los Angeles, CA 90036-5627
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28