MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
BERNARD J. KORNBERG (State Bar No. 252006)
bjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Bank of America, N.A. and
Countywide Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Allana Baroni,<br><br>Debtor. | Case No. 1:12-bk-10986-MB<br><br>Chapter 11<br><br>**THIRD SUPPLEMENTAL DECLARATION OF BRIANNA MAY**<br><br>Date: May 24, 2017<br>Time: 1:30 p.m.<br>Crtrm.: 303<br><br>Judge: Hon. Martin Barash |

I, BriAnna May declare:

1. I am an AVP, Ops Team Manager of Bank of America, N.A. ("hereinafter referred to as "BANA"). I have personal knowledge of the facts contained in this declaration by virtue of my position and my familiarity with BANA's practices and procedures, and based upon my review and analysis of the relevant business records and other documents of BANA referenced and attached herein. More particularly, I am familiar with the systems of record that BANA uses to record and create information related to the residential mortgage loans that it services, including the processes by which BANA obtains the loan information in those systems. While many of those processes are automated, where BANA employees manually enter data relating to loans on

70000.2281/7987392.1

1  those systems, they have personal knowledge of that information and enter it into the system at or
2  near the time they acquired that knowledge.  These computerized records are created and
3  maintained in the regular course of its business as a loan servicer, and BANA relies on those
4  records in the ordinary course of conduct in its business as a loan servicer.  In the regular course of
5  its business, BANA maintains loan documents, correspondence, and related documentation
6  pursuant to its internal retention policies.  BANA employs industry-accepted computer systems to
7  store and generate records in the course of its business.  The systems are maintained to assure
8  reliability and accuracy in the storage and retrieval of information.  BANA authorizes specific
9  personnel trained to access and produce information from these records.  I am one such individual
10 who is authorized and trained to access and review these records.  The documents referenced
11 herein and attached hereto are business records produced and/or maintained by BANA.  For this
12 declaration I reviewed and obtained from BANA's systems of record, discussed above,
13 information relating to the mortgage loan at issue in this action.

14     2.     I make this declaration to supplement my December 16, 2015, April 22, 2016 and
15 June 22, 2016 declaration regarding the search and production of responsive documents by BANA
16 and Countywide Home Loans, Inc. ("CHL") to debtor Allana Baroni ("Baroni") as part of her
17 ongoing litigation against BANA regarding the second position loan (the "Loan") taken out by
18 Baroni and her husband as to the real property located at 2240 Village Walk Drive, #2311,
19 Hederson, NV 89092 (the "Property").

20     3.     I make this declaration on behalf of both BANA and CHL.  CHL was purchased by
21 Bank of America Corporation in 2008.  CHL remains an independent corporate entity.  However,
22 as it relates to Baroni and her loan, all assets and documents of CHL were either transferred to
23 BANA or access is provided for authorized employees of BANA to these documents.

24     4.     BANA has no central repository of documents that would allow for collection and
25 searches of documents in one action.  As one of the largest banks in the world, with numerous
26 departments and subsidiaries, searches for particular categories of documents must be
27 accomplished in a variety of ways.

28     5.     Certain BANA records are maintained in internal systems that are easily

1 searchable. In cases where documents of this type are requested, BANA will have an employee
2 use this system to pull the relevant records.

3     6.    For example, all documents that arise out of the origination and servicing of a
4 particular loan are kept in a loan file held by BANA. If production of those documents is required,
5 the correct loan file is identified internally, pulled, and then sent to outside counsel for a
6 responsiveness and privilege review prior to production.

7     7.    Not all BANA documents are maintained in easily accessible or easily searched
8 data bases or files. In these cases, BANA will contact the relevant departments and employees.
9 This may, and often does, require contacting multiple different departments to ensure an
10 exhaustive search occurs.

11     8.    BANA and CHL take their legal obligations extremely seriously. In responding to
12 these discovery requests, I and my staff undertook our best efforts to search for all documents that
13 may be potentially responsive to the requests of the Court in the matter stated above. Significant
14 time and effort has been, and will continue to be, devoted to this issue.

15 **Securitization Documents**

16     9.    BANA has an internal document request system to allow authorized individuals to
17 receive copies of the documents governing the creation and servicing of securitized trusts through
18 which BANA and CHL have a business relationship. These documents would include the pooling
19 and servicing agreement, the mortgage loan schedule, etc. for the particular trust in question.

20     10.    Previously, my staff made a request for a search to be performed as to all trust
21 documents for the CWHEQ Revolving Home Equity Loan Trust, Series 2005-D (the "Trust").
22 These documents were turned over to outside counsel for production.

23     11.    A second search was made to determine if any additional securitization documents,
24 as set forth in paragraph nine, are in the possession of BANA or CHL.

25     12.    As part of this second search of securitization documents, it was requested that a
26 search be performed for the "Certifications" as set forth in the Trust's custodial agreements.

27     13.    After a reasonable and diligent search, no further securitizations documents,
28 including "Certifications" were discovered.

70000.2281/7987392.1    3

SUPPLEMENTAL DECLARATION OF BRIANNA MAY

**MERS Reporting**

14. A second search was performed for reports related to the Loan that were sent to Mortgage Electronic Registration Systems ("MERS").

15. After a reasonable and diligent search, no documents were identified that met this criterion.

**Distribution Reports**

16. Finally, a search was performed for reports to the Trust regarding payments on the Loan.

17. Previously, 54 separate spreadsheets that met this criterion were identified and turned over to outside counsel for production.

18. After a reasonable and diligent search, an additional spreadsheet has been identified as matching this description. It has been turned over to outside counsel for review and production.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on March 22, 2017, at Jacksonville, Florida

_____ 3/22/17
Bank of America, N.A.

Print Name: BriAnna May
Title: AVP, Ops Team Manager

70000.2281/7987392.1         4
SUPPLEMENTAL DECLARATION OF BRIANNA MAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

A true and correct copy of the foregoing document entitled (*specify*):  THIRD SUPPLEMENTAL DECLARATION OF BRIANNA MAY  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  March 23, 2017   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  March 23, 2017 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2017 | Bernard J. Kornberg | */s/ Bernard J. Kornberg* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

# SERVICE LIST

Richard L Antognini    , rlalawyer@yahoo.com
- Richard L Antognini    rlalawyer@yahoo.com, rlalawyer@yahoo.com
- Justin D Balser    justin.balser@akerman.com, toni.domres@akerman.com;elizabeth.streible@akerman.com;katherine.macelwain@akerman.com;tamara.landgren@akerman.com;nick.mangels@akerman.com
- Adam N Barasch    anb@severson.com, dgl@severson.com;efiling@severson.com
- Adam N Barasch    anb@severson.com, dgl@severson.com;efiling@severson.com
- Justin C Bentley    jbentley@lkfirm.com, mslattery@lkfirm.com,mabner@lkfirm.com,caguilar@lkfirm.com
- Linda M Blank    linda@lmblank.com, lindablank.lb@gmail.com
- Michael Daniels    BkECFnotifications@nationstarmail.com
- Louis J Esbin    Esbinlaw@sbcglobal.net
- Richard W Esterkin    richard.esterkin@morganlewis.com, gloria.moonesinghe@morganlewis.com
- Christopher R Fredrich    christopher.fredrich@akerman.com
- Gregory K Jones    GJones@dykema.com, CAcossano@dykema.com;DocketLA@dykema.com
- Jeff Katofsky    jeff@oremowlz.com, jgroves@propertymanagers.biz
- Bernard J Kornberg    bjk@severson.com, elw@severson.com
- Andrew Kussmaul    Andrew.Kussmaul@BuckleyMadole.com
- Lewis R Landau    Lew@Landaunet.com
- Jeannette Marsala    jmarsala@marsalalawfirm.com, jmarsala@marsalalawfirm.com
- Thomas E McCurnin    tmccurnin@bkolaw.com, aduran@bkolaw.com;kescano@bkolaw.com
- Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Robert Reganyan    reganyanlawfirm@gmail.com
- J. Alexandra Rhim    arhim@hemar-rousso.com
- Michael S Riley    mriley8@aol.com, 10986aa@gmail.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Stefanie A Schiff    stefanie.schiff@akerman.com, helen.serrano@akerman.com
- Stefanie A Schiff    stefanie.schiff@akerman.com, helen.serrano@akerman.com
- Mark M Sharf    mark@forbankruptcy.com, msharf00@gmail.com
- James K Snyder    ksnyder@dykema.com, cacossano@dykema.com
- Lukas Sosnicki    lsosnicki@dykema.com, edraper@dykema.com;lspencer@dykema.com;docketla@dykema.com
- Bill Taylor    ecfnotices@4stechnologies.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**