**FILED & ENTERED**

**NOV 21 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re:

ALLANA BARONI,

        Debtor.

Case No. 1:12-bk-10986-MB

Chapter 7

**ORDER REQUIRING DEBTOR TO FILE A CHANGE OF ADDRESS**

The voluntary bankruptcy petition of the debtor Allana Baroni (the "Debtor") listed her address as 3339 Via Verde Ct, Calabasas, California, 91302 (the "Calabasas Property").  Case Dkt. 1.  On October 18, 2023, the chapter 7 trustee, David Seror (the "Trustee") filed his *Report of Sale of Real Property Pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1) and LBR 6004-1(g)* stating that the Trustee's sale of the Calabasas Property to a third party closed on October 16, 2023.  Case Dkt. 2010.

Federal Rule of Bankruptcy Procedure 4002 requires debtors to "file a statement of any change of the debtor's address."  Fed. R. Bankr. P. 4002(a)(5).  Local Bankruptcy Rule 1002-1 also requires debtors "to file a change of address each time a debtor's street address or post office box changes" using the court-approved form.  LBR 1002-1(a)(2).  Here, the court-approved form is "F1002-1.3.CHANGE.ADDRESS" and the form is mandatory (the "Change of Address Form").  Because the Debtor no longer resides at the Calabasas Property, **IT IS HEREBY ORDERED THAT** the Debtor file a Change of Address Form listing her current address no later than **December 18, 2023.**

###

Date: November 21, 2023

*[signature: Martin R. Barash]*

Martin R Barash
United States Bankruptcy Judge