Richard L. Antognini, Esq. (Cal. Bar No. 075711)
Law Office of Richard L. Antognini
2485 Notre Dame Boulevard, Suite 370-45
Chico, California 95829-7167
Tel: (916) 295-4896
Email: rlalawyer@yahoo.com
*Attorneys for Debtor Allana Baroni*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Allana Baroni,<br><br>        Debtor. | Chapter 7 Case<br>Bankr. Case No. 1:12-bk-10986-MB<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE DAVID SEROR'S OBJECTION TO THE DEBTOR'S SUMMARY OF AMENDED SCHEDULES [DOC NOS. 1978, 1979] AND OBJECTION TO AMENDED CLAIM OF EXEMPTION AND REQUEST TO CLARIFY THAT THE SIX MONTH PERIOD TO PURCHASE A HOMESTEAD DOES NOT BEGIN UNTIL THE TOTAL HOMESTEAD EXEMPTION AMOUNT IS RECEIVED**<br><br>Hearing Date: December 12, 2023<br>Time:  11:00am<br>Place: 21041 Burbank Blvd, Woodland Hills, CA, courtroom 303 via Zoom.gov |

TO THE HONORABLE MARTIN R. BARASH BANKRUPTCY JUDGE, PARTIES IN INTEREST AND COUNSEL OF RECORD PLEASE TAKE NOTICE THAT ON December 12, 2023 at 11:00am in Courtroom 303 of the United States Bankruptcy Court, at 21041 Burbank Blvd, Woodland Hills, CA held via Zoom.gov, debtor Allana Baroni, will move for an order striking David Seror's Objection To The Debtor's Summary Of Amended Schedules [Doc Nos. 1978, 1979] And Objection To Amended Claim Of Exemption (the "Objection"). This motion is being brought pursuant to Fed. Rule. Bankr. Proc. 4003(c).

PLEASE TAKE FURTHER NOTICE that If you wish to oppose the motion you must file a written opposition with the Court and serve a copy upon the Debtor's counsel, at the address set forth above, no less than 14 days prior to the hearing date (i.e., on or before November 28, 2023). If you fail to file a written opposition within such time period, the Court may treat such failure as a consent to the Court granting the relief requested.

DATED: November 21, 2023

LAW OFFICE OF RICHARD L. ANTOGNINI

/s/ Richard L. Antognini

BY: RICHARD L. ANTOGNINI
Attorneys for Debtor Allana Baroni

## MEMORANDUM OF POINTS AND AUTHORITIES

On September 19, 2023 the Debtor Allana Baroni amended her schedules in good faith to accurately reflect the $175,000 homestead exemption amount owed to her. [Doc. Nos. 1978, 1979].

On September 19, 2023, David Seror objected to the amended homestead exemption [Doc. No. 1994] but did not set the matter for hearing in violation of Fed. Rule. Bankr. Proc. 4003(c) which provides:

(c) BURDEN OF PROOF. In any hearing under this rule, the objecting party has the burden of proving that the exemptions are not properly claimed. After hearing on notice, the court shall determine the issues presented by the objections.

Seror's Objection states that the hearing date is "TBD" but does not explain why no hearing date was set. Seror simply failed to follow the proper procedures to set the Objection for hearing.

On October 9, 2023, Baroni filed a request to strike the Objection on the grounds that no hearing date was set in violation of Fed. Rule. Bankr. Proc. 4003(c) but the Court took no action.

On October 17, 2023, Seror's escrow agent delivered $100,000 of the $175,000 homestead exemption to Baroni's counsel Kathleen March. However, Seror filed the Objection on September 19, 2023 and over two months later, Seror has still failed to set a hearing date, but has also failed to pay the additional $75,000 owed to Baroni.

Under California law, Baroni is required to purchase another homestead within six months of receiving the homestead exemption amount. Considering Baroni has not received the entire homestead amount, nor has Seror set his objection for

1  hearing, Baroni requests an order clarifying that the six month period for Baroni to

2  purchase another homestead does not being until she has received the entire

3  exemption amount.

6      WHEREFORE, the Debtor Allana Baroni, requests the Court enter an order

7  striking Seror's Objection and clarifying that the six month period for Baroni to

8  purchase a homestead does not being until she receives the entire homestead

9  exemption amount of $175,000.

12  DATED: November 21, 2023

LAW OFFICE OF RICHARD L. ANTOGNINI

<u>/s/ Richard L. Antognini</u>

BY: RICHARD L. ANTOGNINI
Attorneys for Debtor Allana Baroni

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:2485 Notre Dame Blvd., Suite 370, #45 Chico, California 95928-7167

A true and correct copy of the foregoing documents entitled:

NOTICE OF MOTION AND MOTION TO STRIKE DAVID SEROR'S OBJECTION TO THE DEBTOR'S SUMMARY OF AMENDED SCHEDULES [DOC NOS. 1978, 1979] AND OBJECTION TO AMENDED CLAIM OF EXEMPTION AND REQUEST TO CLARIFY THAT THE SIX MONTH PERIOD TO PURCHASE A HOMESTEAD DOES NOT BEGIN UNTIL THE TOTAL HOMESTEAD EXEMPTION AMOUNT IS RECEIVED

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 21, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov jbagdanov@bg.law
- Jason B. Komorsky jkomorsky@bg.law
- Susan Seflin sseflin@bg.law
- David Seror (TR) dseror@bg.law, csalazar@bg.law;C133@ecfcbis.com;mgalvan@bg.law
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

X See attached continuation sheet

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state methodfor each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declarationthat personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/2023 | Janice Hall | /s/ Janice Hall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**CONTINUATION SHEET**
**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- Justin D Balser parisa.jassim@akerman.com;joseph.yoon@akerman.com;Amanda.herrera@akerman.com;Suzanne.jimenez@akerman.com;andrea.garcia@akerman.com
- Adam N Barasch anb@severson.com, cas@severson.com;nye@severson.com
- Adam N Barasch anb@severson.com, cas@severson.com;nye@severson.com
- Eric Bensamochan eric@eblawfirm.us, G63723@notify.cincompass.com
- Justin C Bentley jbentley@lkfirm.com, mslattery@lkfirm.com,mabner@lkfirm.com,caguilar@lkfirm.com
- Linda M Blank linda@lmblank.com, lindablank.lb@gmail.com
- Theron S Covey tcovey@rasflaw.com
- Michael Daniels BkECFnotifications@nationstarmail.com
- Louis J Esbin Louis@Esbinlaw.com
- Richard W Esterkin richard.esterkin@morganlewis.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Christopher R Fredrich cfredrich@stroock.com, lacalendar@stroock.com
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- M. Jonathan Hayes jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Gregory K Jones GJones@dykema.com, cacossano@dykema.com;DocketLA@dykema.com
- Kelly M Kaufmann bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Bernard J Kornberg bjk@severson.com, elw@severson.com
- Andrew Kussmaul Andrew.Kussmaul@Bonialpc.com
- Lewis R Landau Lew@Landaunet.com
- Jeannette Marsala jmarsala@marsalalawfirm.com, jmarsala@marsalalawfirm.com
- Thomas E McCurnin tmccurnin@bkolaw.com, aduran@bkolaw.com;kescano@bkolaw.com
- John Rafferty john.rafferty@bonialpc.com
- Robert Reganyan reganyanlawfirm@gmail.com
- Robert Reganyan reganyanlawfirm@gmail.com

Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- J. Alexandra Rhim arhim@hrhlaw.com

- **Cassandra J Richey cdcaecf@bdfgroup.com**
- **Michael S Riley mriley8@aol.com, 10986aa@gmail.com**
- **S Margaux Ross margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV**
- **Stefanie A Schiff stefanie.schiff@akerman.com, preston.ascherin@akerman.com;Melissa.cizmorris@akerman.com;Suzanne.jimenez@akerman.com**
- **Susan K Seflin sseflin@bg.law**
- **David Seror (TR) aquijano@bg.law, C133@ecfcbis.com**
- **Mark M Sharf msharf00@gmail.com, 2180473420@filings.docketbird.com;mark_091@ecf.courtdrive.com**
- **Wayne A Silver ws@waynesilverlaw.com, w_silver@sbcglobal.net**
- **James K Snyder ksnyder@dykema.com, cacossano@dykema.com**
- **Lukas Sosnicki lsosnicki@thompsoncoburn.com, bgutierrez@thompsoncoburn.com**
- **Bill Taylor ecfnotices@4stechnologies.com**
- **Edward A Treder cdcaecf@bdfgroup.com**
- **United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov**
- **Kristin A Zilberstein Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com,Kris.Zilberstein@ecf.courtdrive.com,bknotifications@ghidottiberger.com**